D & F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
STAR AIRFREIGHT CO., LTD.,

                  Plaintiff,                  06-CV-1860 (DLI)

v.

                                    **SO ORDERED STIPULATION**
CARGOLUX AIRLINES                    **OF DISMISSAL**
INTERNATIONAL, S.A.,

                  Defendant.
----------------------------------------------------------X

       It is hereby stipulated and agreed by the undersigned counsel for the plaintiff, Star Airfreight Co., Ltd., and counsel for the defendant, Cargolux Airlines International, S.A., that the above-entitled action may be, and hereby is, dismissed with prejudice and without costs against either party.

       Facsimile signatures shall be deemed originals for the purpose of this stipulation.

Dated: July 6, 2006

By: Christopher P. Kelly (CK-0195)        By: Jacquelyn Gluck (JG-3480)
REPPERT KELLY, LLC                       LACHTER & CLEMENTS LLP
403 King George Road                        1150 Connecticut Avenue, N.W.
Suite 201                                              Suite 900
Basking Ridge, New Jersey 07920        Washington, D.C. 20036
(908) 647-9300                            (202) 862-4336
Attorneys for Plaintiff                        Attorneys for Defendant

Dated: Brooklyn, NY
July 7, 2006

SO ORDERED:

By: _____Dora L. Irizarry_____
                       U.S.D.J.